FILED by \_\_MM\_\_ D.C.

Jan 17, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20018-CR-WILLIAMS/REID

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853(a)

UNITED STATES OF AMERICA

v.

TENZIN ORGIL,
    a/k/a "SVR667,"
    a/k/a "iUSA,"
    a/k/a "iEUROPA,"
    a/k/a "UNITEDAIRLINES,"

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute Fentanyl
### (21 U.S.C. § 846)

Beginning in or around September of 2020, and continuing through on or about December 7, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

TENZIN ORGIL,
    a/k/a "SVR667,"
    a/k/a "iUSA,"
    a/k/a "iEUROPA,"
    a/k/a "UNITEDAIRLINES,"

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(C).

**COUNT 2**
**Distribution of Fentanyl**
**(21 U.S.C. § 841(a)(1))**

On or about December 7, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**TENZIN ORGIL,**
a/k/a "SVR667,"
a/k/a "iUSA,"
a/k/a "iEUROPA,"
a/k/a "UNITEDAIRLINES,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(C).

**COUNT 3**
**Conspiracy to Distribute Methamphetamine**
**(21 U.S.C. § 846)**

Beginning in or around March of 2020, and continuing through the date of the indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

a/k/a "SVR667,"
a/k/a "iUSA,"
a/k/a "iEUROPA,"
a/k/a "UNITEDAIRLINES,"

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### COUNT 4
**Distribution of Methamphetamine**
**(21 U.S.C. § 841(a)(1))**

On or about October 28, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**TENZIN ORGIL,**
a/k/a "SVR667,"
a/k/a "iUSA,"
a/k/a "iEUROPA,"
a/k/a "UNITEDAIRLINES,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 5
### Conspiracy to Commit Money Laundering
### (18 U.S.C. §1956(h))

Beginning in and around September of 2020, and continuing through on or about December 7, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**TENZIN ORGIL,**
a/k/a "SVR667,"
a/k/a "iUSA,"
a/k/a "iEUROPA,"
a/k/a "UNITEDAIRLINES,"

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to commit certain offenses against the United States, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

4

## FORFEITURE ALLEGATIONS
### (21 U.S.C. § 853)
### (18 U.S.C. § 982(a)(1))

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TENZIN ORGIL, a/k/a "SVR667," a/k/a "iUSA," a/k/a "iEUROPA," a/k/a "UNITEDAIRLINES,"** has an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 21, United States Code, Sections 841, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

3. Upon conviction of a conspiracy to violate Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 21, United States Code Section 853 and Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

███████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____ (FOR)
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TENZIN ORGIL,

_____/

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No) **No**
Number of New Defendants ____
Total number of New Counts ____

**Court Division** (select one)
- ☑ Miami   ☐ Key West   ☐ FTP
- ☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **6** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☐ 0 to 5 days
   - II   ☑ 6 to 10 days
   - III  ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V    ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: /s/ Monique Botero
Monique Botero
Assistant United States Attorney
FL Bar No.        722286

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Tenzin Orgil

**Case No:** _____

Count #: 1

Conspiracy to distribute fentanyl

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 20 years'
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years to life
* **Max. Fine:** $1,000,000

Count #: 2

Distribution of fentanyl

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 20 years'
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years to life
* **Max. Fine:** $1.000,000

Count #: 3

Conspiracy to distribute more than 50 grams of methamphetamine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years'
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000

Count #: 4

Conspiracy to distribute more than 50 grams of methamphetamine

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years'
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

**Defendant's Name:** Tenzin Orgil

**Case No:** _____

Count #: 5

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)
* **Max. Term of Imprisonment:** 20 years'
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years'
* **Max. Fine:** $500,000 or twice the value of the property involved in the offense

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.