UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20018-CR-WILLIAMS

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

vs.

**TENZIN ORGIL,**

  **Defendant.**
_____/

**POST-INDICTMENT PROTECTIVE ORDER PERMITTING UNITED STATES
TO MAINTAIN CUSTODY OF SEIZED PROPERTY**

  THIS CAUSE is before the Court upon the motion of the United States of America (the "United States") for entry of a post-indictment protective order permitting the United States to maintain custody of seized property in order to preserve its availability for criminal forfeiture, pursuant to 21 U.S.C. § 853(e)(1)(A). Being fully advised in the premises and based on the United States' Motion for Post-Indictment Protective Order Permitting United States To Maintain Custody of Seized Property, the record in this matter, and for good cause shown thereby, the Court finds as follows:

  1.  In accordance with 18 U.S.C. § 983(a)(3)(B)(ii)(II), the United States has taken the steps necessary to preserve its right to maintain custody of the following seized on January 18, 2023, from the residence of Defendant Tenzin Orgil pursuant to a search warrant (collectively, "Property").

    a. One (1) Men's Rolex Oyster Perpetual Day-date 40 Serial No. 310P55DO;

    b. One (1) Men's Rolex Oyster Perpetual Day-date 36 Serial No. WK496415; and

      c. $23,978 United States Currency.

Search Warrant, 8:23-MJ-00033-DUTY (C.D. Cal.).

Accordingly, pursuant to 21 U.S.C. § 853(e)(1)(A), the United States is entitled to a protective order to preserve the availability of the Property for criminal forfeiture.

Based on the foregoing, the United States' Motion for Post-Indictment Protective Order Permitting United States To Maintain Custody of Seized Property is **GRANTED**, and it is hereby,

**ORDERED** that the following property seized on January 18, 2023, from the residence of Defendant Tenzin Orgil, shall remain in the custody of the United States and its agencies, including the Drug Enforcement Administration, until the conclusion of the criminal case, including any criminal forfeiture proceeding, or until further order of this Court:

    a. One (1) Men's Rolex Oyster Perpetual Day-date 40 Serial No. 310P55DO;

    b. One (1) Men's Rolex Oyster Perpetual Day-date 36 Serial No. WK496415; and

    c. $23,978 United States Currency.

**SO ORDERED** this _____ day of _____ 2023 in Chambers at Miami, Florida.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Nicole Grosnoff, Assistant U.S. Attorney (2 certified copies)