UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-20018-WILLIAMS

UNITED STATES OF AMERICA

vs.

TENZIN ORGIL,

           Defendant.
_____/

## FACTUAL PROFFER

The United States of America and TENZIN ORGIL agree that the following facts are true and, had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Investigation has revealed that since at least 2020, the Defendant has worked under the vendor monikers iEUROPA, iUSA, iAMERICA, UNITEDAIRLINES, and SVR667, to distribute large amounts of narcotics via various dark web marketplaces, as well as the peer-to-peer encrypted chat platform, Wickr. The Defendant was based in California and has sold cocaine, MDMA, heroin, and crystal methamphetamine via the U.S. Postal Office (USPS). Agents have conducted extensive analysis of cryptocurrency wallets associated to the Defendant. The Defendant had a complex scheme to use the escrow system on dark web marketplaces to conceal the source of the funds and conceal of BTC proceeds by using wallets in other people's names. These wallets were utilized from December 10, 2019, to November 18, 2022, and 209.1665 BTC, which is equivalent to $3,857,899, moved through them.

In October 2020, agents in Miami received information from agents in San Francisco, regarding a state arrest of the Defendant for two robberies in the San Jose, California area. During the commission of one of these robberies, law enforcement recovered a cellular telephone located in the victim's vehicle. Law enforcement obtained a state search warrant for the cellular telephone

which revealed that it belonged to the Defendant. During a review of the telephone, investigators also identified a large amount of information related to dark web drug trafficking activity, to include: text messages, drug listing photographs, and moniker names. These moniker names included "iUSA," "iAmerica," and "svr667." Subsequently, federal law enforcement in South Florida obtained a search warrant for the phones as part of the investigation into the Defendant's dark web activities. On October 15, 2020, law enforcement received information that the Defendant had bonded out of jail on the robbery charges and was active on the dark web again.

On November 24, 2020, agents conducted an undercover (UC) purchase from UNITEDAIRLINES via Dark Market. Agents purchased $200 worth of suspected Oxycodone, worth 0.01127064 of BTC. On December 7, 2020, agents received the UC parcel at a mailbox located in Miami-Dade County. Results of the analysis yielded a positive confirmation of 2.54 grams (net) of fentanyl, and not Oxycodone as suspected. Subsequent investigation revealed the UC parcel was first scanned by USPS in the San Jose, California area.

Ongoing investigation revealed that several other districts in the United States had arrested individuals, receiving narcotics for distribution, that used the Defendant as their source of supply. Specifically, one cooperating defendant (CD1), who was based in Massachusetts, detailed that he previously been purchasing multi-pound quantities of crystal methamphetamine from the username SVR667, via the Wickr application, throughout the year 2020 and up until CD1's arrest. CD1 stated SVR667 would utilize USPS in order to ship the large amount of narcotics to CD1. CD1 advised he/she had spoken to an individual on the phone who was using the moniker SVR667. Subsequently, agents played a voice exemplar of the Defendant. Without hesitation, CD1 positively identified the voice to be the same individual he/she spoke with using the SVR667

username during their previous drug trafficking dealings.

In August 2021, at the direction of agents, CD1 reinitiated contact with the Defendant via Wickr. During those communications, CD1 negotiated for one-pound of crystal methamphetamine in exchange for $5,000 worth of BTC. On August 25, 2021, agents from the DEA/New England received a large USPS Priority Mail package at the UC mailbox in Massachusetts. The package contained approximately four kilograms of suspected crystal methamphetamine concealed within four separate silver Mylar bags containing coffee beans. Each coffee bag displayed the label "Macha Java Coffee." A DEA laboratory analysis confirmed the substance was Methamphetamine Hydrochloride with a net weight of 3971 grams and a purity level of 100%.

In October 2021, a UC agent initiated communications with SVR667 via Wickr and began negotiations for one kilogram of crystal methamphetamine in exchange for $4,500 BTC. As a result, on October 28, 2021, a USPS mail parcel arrived at a UC mailbox located in Miami-Dade County. The parcel contained a large amount of suspected crystal methamphetamine inside a silver Mylar bag displaying "Macha Java Coffee," the same label as displayed as the narcotics sent to CD1. A DEA laboratory analysis confirmed the substance was Methamphetamine Hydrochloride with a net weight of 994.7 grams and a purity level of 97%.

On December 23, 2022, the Defendant was stopped driving a black Toyota Camry by the Irvine Police Department ("IPD") for driving 82 mph in a posted 60 mph zone. Additionally, the Defendant's vehicle was displaying a stolen license plate. As a result, the Defendant was detained and subsequently arrested. After the arrest, the IPD conducted an inventory search of the Defendant's vehicle prior to it being towed. During the inventory search, IPD officers located and recovered two UPS boxes in the trunk of the vehicle, one opened, one sealed shut. The open box

contained several large bags further containing different bags of powdery substances. Officers used a field test device to conduct a test of the substances. All the substances returned as inconclusive except for one, which returned as glycidic acid. Officers used open-source data to research glycidic acid and found it is a compound used to manufacture MDMA. The closed box contained two liquid containers, each individually bagged. The containers were labeled as sodium Borohydride, 99% ACS grade. Officers also researched this substance utilizing online open-source data and found it is also used to manufacture MDMA. Furthermore, two cellular telephones were seized pursuant to the Defendant's arrest. After obtaining a State of California search warrant, and a subsequent federal search warrant in the Southern District of Florida, a search of the two seized telephones revealed a large amount of drug trafficking evidence against the Defendant. For instance, agents discovered photographs on one of the Defendant's seized phones containing suspected illegal narcotics while also displaying a new moniker name of "iBULK," on a piece of paper along with the darknet marketplace name, Alphabay Market. Along with these photographs, agents also identified specific photographs of text messages explaining how to manufacture MDMA and photos of clandestine laboratories. Further, there is extensive communication between the Defendant and chemical precursor sales representatives. Along with the above, agents discovered the Defendant had also saved the passwords for usernames iBULKUSA and SVR667 in the notes section of the phone.

On January 18, 2023, the Defendant was arrested, and a search warrant was executed at his residence. A search of his computer has revealed photographs of blue M30/oxycodone pills with a Dark Market/ United Airlines label dated October 28, 2020, bags of Methamphetamine with an iUSA label dated September 16, 2020, and cocaine with a SVR667 label dated September 27,

2020. Additionally, Defendant's computer revealed copies of the mailing labels for the packages sent to CD1 and the UC.

The total weight of the narcotics attributable to ORGIL is 2.54 grams of fentanyl and 4.965 kilograms of methamphetamine.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 7/24/2023          By: _____
                              MONIQUE BOTERO
                              ASSISTANT UNITED STATES ATTORNEY

Date: 7/24/2023          By: _____
                              RICHARD COOPER
                              COUNSEL FOR DEFENDANT

Date: 7/24/2023          By: _____
                              TENZIN ORGIL
                              DEFENDANT

5