Appendix and Table of Contents for Attachments:

1. Letters of Support
   a. Ven. Geshe Tenzin Rinchen
   b. Jhado Tulku
   c. Regine Wong
   d. Ven. Ngawang Khenrab (including certificate of appreciation)
   e. Tenzin Chodak
   f. Geshe Damchaabazar Gurjav
   g. Gyaltsen Chopal
   h. Ven. Thupten Donyo
   i. Otgonbaatar Badam
   j. Batsaikhan Jamya
   k. Rinchen Gelek
   l. Ngawang Khenrab (Buddhist priest)
   m. Tsering Gyurmey
   n. Chime Lhamo
   o. Tserendorj George Onon
   p. Dr. Tselmen Daria, M.D.
   q. Terese Bartholomew
   r. Dulma Altan

2. Letter from Detective Bowman victim letter
   a. Medical notes from stabbing incident

3. Psychological Report by Dr. Mok Tsang diagnosing Autism Spectrum Disorder (ASD) Level I – Requiring Support, Posttraumatic Stress Disorder, and Major Depressive Disorder

4. Receipts and Statements from Raffles Neuroscience Centre

5. Acceptance letter and tuition payments from Saint Mary's College of California



April 24, 2024

### Supporting letter for Mr. Tenzin Dothon Orgil.

I am writing to express my wholehearted support for Mr. Tenzin Dothon Orgil, having had the privilege of knowing him for many years. Throughout our interaction, Mr. Tenzin Dothon Orgil has consistently demonstrated integrity, compassion, and dedication in all his endeavors. He visited our monastery here in India for couple of times and we found him very sincere and religious person.

He is always ready to serve as a volunteer during the special prayer ceremonies and those events in our center based in Richmond Ca. USA.

Mr. Tenzin Dothon Orgil is not just a good man; he is an exceptional individual whose presence inspires in those around him.

Any assistance rendered to Mr. Dothon would be highly appreciated

Ven. Geshe Tenzin Rinchen

Director

## NECHUNG KUTEN-LA



**Nechung Kuten-la** holds a position of great responsibility for the Tibetan Government as the Tibetan State Oracle – a healer and spiritual advisor. Nechung Kuten-la escaped Tibet with his family in 1966.

He ordained at Nechung Monastery in 1970 at the age of 12, in Dharamsala, India. He served as a ritual assistant of the previous Nechung Rinpoche. Then after receiving signs, visions and confirmation from HH Dalia Lama – In 1987 he was recognized as the next Nechung Oracle.













**JHADO TULKU**
(Abbot Emeritus of Namgyal Monastery)

25 April 2024

Supporting Letter for Tenzin Dothon Orgil

I have known Mr. Tenzin Dothon Orgil since he was five years old. His mother would bring him along to the attend Buddhist teachings and many people were amazed at his ability to sit still quietly throughout the sessions. He remembers his past life, has strong faith in Buddhism, and would sometimes meditate for hours.

Over the years, I have found him to be a compassionate person by nature. Unfortunately, he has come under the bad influence of some friends.

In view of his compassionate nature and his potential for change, I request the authorities to treat him with leniency.

Abbot Emeritus of Namgyal Monastery

Jhado Tulku





April 15th, 2024

Sakya Temple Ling
S, Pasir Ris Drive 4, Singapore
519455
Tel: (65) 6581 3902

Dear Honorable Judge,

I am writing this letter concerning Tenzin Orgil, who is currently awaiting sentencing. I would like to express my support for Tenzin.

Tenzin is a good boy. Also around the age as my second son. A wonderful person to be with, he interacts well and always listens attentively. Although I am not sure what happens it must be something of utmost importance and in dire straits of assessment to his character as a person.

Personally, Tenzin is a gentle person by nature. He listens well and is always ready to render assistance. He interacts well and is certainly a very well-mannered young gentleman. To know him and interact with him in those days when he was in Singapore certainly shows he is passionate about Buddhism and willing to learn more about life in his special way. I am glad to have met Tenzin.

I believe Tenzin is full of love and responds well with people who can bring him to a better level in spirit and in life.

Tenzin, my good boy, my child - be strong and have faith in The Buddha, The Dharma and the Sangha. I always love you as another 'son' of mine. I wish you well. Love always, from Singapore Sakya Tenphel Ling a place where full of wonderful memories of your presence and your happy nature at ease in your special way.


Sincerely,


Regine Wong
*Director of Sakya Tenphel Ling*





# ༄༅། གནས་ཆུང་ཆོས་ཚོགས།
# Nechung Buddhist Center

Feb. 09, 2023

To Whom It May Concern:

This is to state that Tenzin Dothon Orgil is known to the Nechung Buddhist Center for a very long time. His parents were members of our Center since its inception in year 1999. Tenzin used to come with his parents to the Center even as a toddler. As time passed and he grew up and he has been a constant help to the Center's Buddhist teachings and other events.

The Nechung Buddhist Center based in Richmond is the official branch of the main Nechung Monastery based in India. It was founded by most Ven. Thupten Ngodup, the abbot of Nechung Monastery and also the chief medium of the State Oracle of Tibet. He regularly goes into trance and advises His Holiness the Dalai Lama on many important issues.

Tenzin has helped the Center with all its bimonthly Tsok offering prayer ceremonies and other teaching events. He was a regular volunteer when teachers and monks visit the Bay Area from India to perform services for the community. He has helped the Center with membership and donation drive during our annual weeklong Maha Guru Bhumtsok (the great feast offering ritual ceremony) when hundreds of devotees gather from around US.

Regardless of the circumstances that put him in the current situation, we can assure you that Tenzin has never been a bad man. He has always been a person whom all in the community praised and trusted. His good nature and warm heartedness touched all.

Tenzin and his parents have been a consistent supporter of our Center and our monastery back in India and we wish and pray that his case is positively resolved in his favor.

Any help and assistance provided to Tenzin Dothon Orgil will be highly appreciated.

Thank you and kind regards.

Sincerely,

Ven. Ngawang Khenrab (Spiritual Director)
Nechung Buddhist Center
5819 Bayview Ave.
Richmond, CA 94804
Email: nechungbc@gmail.com
www.nechungbc.com

# NECHUNG BUDDHIST CENTER

## Certificate of Appreciation

TENZIN D. ORGIL

In recognition of your generous contribution and support in achieving goals of Nechung Buddhist Center, we present this certificate to you.

Your contribution and support has made us possible to preserve the Tibetan culture and religious, uphold the Dharma for the benefit of all living beings and world peace and to serve individuals and communities.

With Appreciation and Blessings.

Ven. Thupten Ngodup
(The Medium of Tibet's Chief State Oracle)

Ven.Ngawang Khenrab
Vice President and Spiritual Director
of Nechung Buddhist Center



VEN. THUPTEN NGODUB
(The Medium of State Oracle)
Nechung Dorje Drayangling Monastery
Gangchen Kyishong, Dharamsala-176215
Distt. Kangra (H.P.)





To,

P/R. ORGIL





VEN. THUPTEN-NGODUB
(THE MEDIUM OF STATE ORACLE)
NECHUNG DORJE DRAYANGLING MONASTERY

Fax: Tel: (01892) 22738

GANGCHEN KYISHONG
K.B. DHARAMSALA - 176215
DISTT. KANGRA (H.P)

Dear ORGIL,

Congratulation for the new baby boy. Mr Chodak la told me to get a name from H.H. Dalai Lama. As I told you your baby name is Tenzin Dodon.

Dodon means. For sake of all sentiant beings.

With my pray and regards.

Ngodub

Tenzin Chodak
882 Bridgeway Circle,
El Sobrante CA 94803


Your Honor Judge Kathleen M. Williams,


I am Tenzin Chodak from Lhasa Tibet, but I am currently a resident of Bay Area California. As Tenzin Origil's godfather I am writing this letter with such pain and a heavy heart. Being a father to only four daughters, he is like the only son I have been able to parent and consider as one of my own. As a close family friend, I have witnessed the true nature of Tenzin from a young age. That is where I'm able to recognize that he has always been a loving and helpful child.

In my culture/country we share the same religion and practice, so when he was born I knew the importance of finding a fitting name. I called into India's office of Nechung Monastery, where the Chief Medium of the State Oracle of Tibet himself answered the phone. Only a few weeks later, Tenzin Orgil's family received a stamped letter directly from India containing the chosen name. This is where he was giving his blessed birth name straight from the HH Dalai Lama himself. From that point on, all of our Tibetan friends and family included, held high respects for him from adolescence.

As early as his first birthday, we would celebrate all of his milestones with the Nechung monks and our family. He was recognized at the age of three, to show signs of following the Buddhist teaching path. It was almost as if his calm stature/attitude would mimic the patience of monks. Even at his young age, Tenzin would not ask for toys or gifts for his birthday. He enjoyed going to the Temple and attending Buddhist events, where the highest Buddhist Priest themselves would fly to the United States to pass along teachings. He was exposed to these practices from the start of his life, and actively tried to understand all these teachings even when he knew so little.

This is how Tenzin's life began with his involvement in the Tibetan community and religious teachings. We understood that his path calling was for him to attend a monastic school in India to study Buddhist philosophy. But his parents also took in consideration his attributes in learning. Ultimately decided to let him stay in the U.S for an education. Even so, Tenzin still was active in attending his Buddhist teachings and prayers.

He carries the utmost respect for his elders and is well mannered and polite. I know him personally to have the right intentions, and while the choices that led him here can not be changed. My godson can and will change for the better.

He has always had a lot of empathy and strong will, so I ask to see his remorse in the decisions/actions made. I can confidently say that if any one deserves it, Tenzin is truly worthy of a second chance at life. He has made mistakes triggered by the wrong people, but he is at the core, a good person. After being prefaced with the current circumstance of his situation now, I want to ask the court to show some leniency.

He deserves a chance as a new father to continue to be in his son's (Zaya) life. We are met with much sorrow over the future and quality of life for my godson's baby. Please consider Tenzin for a second chance at restarting, he is well deserving of compassion from the court.

Sincerely,

Tenzin Chodak



**Zanabazar Dharma Center**
7870 Bradshaw rd.
Sacramento CA 95829 USA

4/30/2024

**To: Whom It May Concern**

Re: Tenzin Dothon Orgil

I, Damchabazar Gurjav Spiritual Director of Zanabazar Dharma Center have known Tenzin Dothon Orgil many years. Tenzin Dothon Orgil is one of the respected and well-known members of our temple.

The Zanabazar Dharma Center is the first established Mongolian Buddhist Temple, located in Northern California. Our operations heavily depend on members such as Tenzin Dothon Orgil . He has been involved in numbers of different tasks for our Dharma Center.

Tenzin Dothon Orgil is very well known among Mongolian community and true to his beliefs. His countless volunteer works had made a lasting contribution to our community.

Tenzin Dothon Orgil is kind, genuinely concerned and willing to help others.

I strongly urge you to exercise your discretion in favor of Tenzin Dothon Orgil since he is an important and valuable member to our community.

Geshe Damchaabazar Gurjav.
Spiritual Director of
Zanabazar Dharma Center.



༄༅། །གནས་ཆུང་ཆོས་ཆོགས།

# NECHUNG DHARMAPALA CENTER - LOS ANGELES

515 North Crescent Heights Boulevard Los Angeles California 90048
Email: contact@nechungla.org   Phone: 323-424-3547

Jan. 24, 2024

To whom it may concern:

I am writing this letter to express my wholehearted support to Tenzin Dothon Orgil during this difficult phase in his life. I have known him personally since he was a small boy and witnessed him grow into a kind, caring and a responsible young man.

When the Nechung Dharmapala Center came into existence in year 2013, Tenzin started coming to the Center for teachings and meditation sessions. Our Center's resident teacher Ven. Geshe Wangchuk used to have many conversations with him on Buddhism and meditation that has helped him immensely during stressful days.

I have always found Tenzin to be a very kind person. He has helped our Center during various teachings, mediation sessions and other gathering in the kitchen voluntarily.

I would appreciate very much if any help is given to him during this difficult time. I guarantee that given a chance, Tenzin will be an asset to the community where he lives as he used to be in the past.

Thank you for considering my support for Tenzin.

With warm regards.

Sincerely,


Gyaltsen Chopal (Spiritual Guardian)

Nechung Dharmapala Center (501(c) 3 non-profit)
515 North Crescent Heights Blvd.
LA 90048

Nechung Dharmapala Center is a non-profit 501 (c) (3) religious organization



# ༄༅། རྒྱུད་སྟོད་དགེ་ཚ་ཆོས་གྲྭས་པ། །

# GYUTO FOUNDATION
6401 Bernhard Avenue
East Richmond Heights, CA 94805
Tel: (510) 926-3969 / Fax: (510) 926-3973
Email: info@gyutofoundation.org / www.gyutofoundation.org

April 8, 2024

<u>Re: Letter of Support on Behalf of Tenzin Dothon Orgil</u>

To Whom It May Concern:

Gyuto Foundation, which is a Tibetan Buddhist monastery located in Richmond, California. The Gyuto Foundation is a charitable, non-profit, religious organization, with Federal Tax ID **#01-0936260**, that is dedicated to the preservation and promotion of Tibet's living cultural and spiritual heritage.

As Director of Gyuto Foundation, I respectfully write this letter in support of Tenzin Dothon Orgil, residing at 124 Topaz Court, Hercules, CA 94547 testifying that he is a sincere person of good moral character. He has attended many of our religious cultural programs and is an active member of our community.

Please feel free to contact me at (510) 926-3969 if you have any questions.

Sincerely,

Ven. Thupten Donyo
Director



# SAKYA PANDITA DHARMA CHAKRA MONASTERY

Date: 01.05.2024   No 24/05   Ulaanbaatar city

### <u>Letter for support Tenzin Orgil</u>

I am writing this letter, on behalf of the Monastery, to extend our support for Tenzin Orgil. We have known him since autumn 2018 when he first came to our monastery. His Excellency Gyana Vajra Rinpoche /a high ranking priest in Buddhism/ was visiting Mongolia during that time and it was a it was a very busy time for all of us.

Tenzin and his mother have helped us immensely throughout our stay. Through our interactions with him we noticed how kind and empathetic he is.

He had a helpful and supportive demeanor and we regarded him as trustworthy individual on whom can rely.

Tenzin was soft and humble and had a keen interest in religion and spiritual guidance. It is rare for young men his age to have such a genuine and respectful curiosity towards religion and as such he made positive impression on us.

Any assistance rendered to Tenzin Orgil would be much appreciated.

Yours sincerely,

Otgonbaatar Badam
Executive Director

5th khoroo, Bayanzurkh district
Ulaanbaatar city
Mongolia

E-mail: sapan_mn@yahoo.com
Tel: +976 70001246

*To*: Your Honor Judge **Kathleen M. Williams**,

Southern District of Florida,

US Courts


Dear Your Honor Judge **Kathleen M. Williams**,

My sincere greetings from the faraway land of Mongolia. Taking advantage of writing to You I would like first of all to introduce myself. My name is Batsaikhan Jamya and I have worked for more than 30 years as a referent, secretary, senior secretary, head of department in the Secretariat of the Parliament of Mongolia. I am now a senior employee working as a consultant to the Members of the Parliament of Mongolia.

Your Honour, the reason I am writing this letter to You is in connection with my grandson Tenzin Orgil. I am most worried about the future of my grandson and would like to convey my perception of him as a person, which will hopefully enlighten You to his character.

Since he was a small child, my grandson Tenzin, was a quiet thinker, a humble, compassionate, deeply empathic person with a kind heart. He loved and appreciated nature and had a particularly caring relationship with animals. I have many precious memories of this, however, this time I do understand that I do not have the opportunity to fully elaborate here.

I would like to highlight his compassionate and caring nature succinctly here. In 2018, Tenzin was deeply concerned for the health of his grandmother, who was in critical condition, and has dedicated full 3 to 4 months looking after her. I and all our family members remember clearly how well he looked after his grandmother, carrying her in his arms after her difficult hospital appointments.

After his grandmother passed away in the early morning, I have memories entrenched in my soul forever of Tenzin in deep mourning along with me, his grandfather, in his late grandmother's hospital room. I strongly believe that my grandson has grown up to be a kind and a good man. Your Honour, I would simply like to relay to You that I have a grandson who has a heart of gold.

As a grandfather, I would like to plead with Your Honour to ensure that my grandson receives the fairest and the lightest possible sentencing. I and my family would be forever in Your debt and deeply appreciate if You would consider this request.

I firmly believe in the fair judiciary of the Unites States of America.

Regards,


**Batsaikhan Jamya**

# To Whom It May Concern

**12/26/2023**

**Rinchen Gelek**
**3201 Yosemite Ave**
**El Cerrito, CA 94530**

My name is Rinchen Gelek and I am a citizen of United States, living in El Cerrito East Bay, CA. I also serve as a board of directors and program coordinator of Nechung Buddhist Center, a non-profit religious organization in Bay Area.

I have known Tenzin Dothon Orgil since he was five years old as we lived in a same apartment building 905 Evelyn Ave, Albany, CA for many years. Tenzin's parents are Mongolian origin and their culture and religion believe are same as mine, Buddhism. They are very spiritual, hard working and a decent family.

Tenzin has a good nature human quality of loving, caring and gentleness. His nature is very shy, soft spoken and quietness. He was raised in a family who believes the value of family and respects the lives of other people. His parents participates in Buddhist events for meditation and prayer gatherings at Nechung Buddhist Center, Bay Area. Tenzin often joined with his parents and later started doing volunteer works at the center. He did volunteer work on bi-monthly services and especially on our annual large public gathering. During those events, he served food and drinks for the public, cleaned dishes and bathrooms, picked up trashes and did other handy works.

It is indeed sad and shocking news for me and many of our community members that Tenzin being sentenced in prison. He must had been misled or threatened by other bad people. It is my sincere request to look closely at Tenzin's case, minimize his jail sentence and return back to his normal life.

Sincerely Yours,

Rinchen Gelek

Jan. 04, 2024

To whom it may concern:

This is to state that I have personally known Tenzin Dothon Orgil since year 2005 when he was a school going boy.

With the passage of time, i have found him growing up to be a very kind and compassionate man. He has volunteered for Nechung Buddhist Center on regular basis with its community events and services in the Bay Area. He has never missed our special bimonthly feast offering ceremonies where large number of devotees from the community at our Center to do prayers and rituals. He is always there to help with everything to serve our members.

It is unbelievable for me to know about the current situation of Tenzin but I do hope better times are ahead of him. As a Buddhist priest, I am doing my prayers for him and his family and urge the concerned authorities to help him owing to the fact that Tenzin has always been a kind and compassionate person since his childhood.

Any help and support given to him during this very difficult time will be highly appreciated.

Sincerely,

Ngawang Khenrab (Buddhist priest)
Nechung Buddhist Center
5819 Bayview Ave.
Richmond, CA 94804

01-04-2023

To whom it may concern:

I am writing letter in support of Tenzin Dothon Orgil.

I have known Tenzin and his parents for a very long time and found Tenzin to be a very gentle and kind person always willing to help the needy and the infirm.

Regardless of what has happened in Tenzin's life at the moment due to many circumstances, I am fully confident that given a chance, he will continue to be a good man and a helpful human being to the society. I say this because of knowing Tenzin for a long time that he has the seed of compassion and goodness deep inside him. The Tibetan community in whose midst he grew up bears witness to this.

I am very sad with what Tenzin is going through at this point of time, but I am sure that this very difficult period in his and his family's life will pass soon and that Tenzin will come back to serve the society and the community he so much loved and adored.

I will appreciate any help given to him to become the person he used to be, a kind, gentle and compassionate.

Sincerely,

Tsering Gyurmey
(A family friend)
1725, Liberty St. #6
El Cerrito, CA 94530

April 16, 2024

Honorable Judge:

My name is Chime Lhamo, and I am a Tibetan woman residing in the Bay Area.

I have met Tenzin Doīhon and his parents many times during our monthly prayers.

Tenzin is very humble, active, and respectful to others. My main observation of him is that he is truly religious and always ready to play a part in our prayer gatherings. As you know, Sir, these days it is very difficult to find young people interested in religious practice. I, myself, a mother of children of my own, have a hard time interesting my own children in our precious religious gatherings.

I have never seen Tenzin mingle with bad company or engage in mischievous activities. He takes part in religious gatherings arranging offerings, assisting the priests, and serving tea. He is always down to earth and kind.

We, the Buddhist community, miss Tenzin at our gatherings. He has always been an example to our youngsters. We all wish and hope that he will return soon. Overall, what I want to state here is that Tenzin Doīhon is not a bad boy at all.

Please consider this humble request coming from a mother of nine children as an appeal for leniency.

Thank you from the bottom of my heart. Respectfully,


Chime Lhamo

(707) 718-1688
417 Pearce Court
Suison City, CA

**Date: 3/1/2024**

**From:**
Tserendorj George Onon, PrQsM(Project Quality & Safety Manager)
633 Kearney St #4
El Cerrito CA 94530

**To:**
Judge Kathleen M. Williams
United States Supreme Court,
Florida Federal Courthouse

**Case#**

**Subject:** Reference Letter on behalf of Tenzin Orgil

Dear Your Honour,

I understand that Tenzin Orgil has been charged with a couple of offenses. I am writing to offer a character reference on his behalf. Tenzin is my younger brother and I have known him for almost my entire life. I have known Tenzin to be a good man to society and my parents and his son Zaya. His circumstance has been grieving our family but with your time and understanding, I hope you are willing to take the time to read this letter.

Tenzin and I have a 9-year age gap distance. I have known him since I can remember him taking his first footsteps, his first word and his first Star Wars Venator-Class Republic Attack Cruiser Lego set he built and that was at the age of only six. I recall, that when I looked at the cover of the box it stated age; 18+, and the instruction booklet (manual) contained at least 500+ steps and a thousand pieces. What surprised me is that he built that voyager in 24 hours. I was 15 years old at that time.

Tenzin in nature is a gentle introvert, his intelligence and ability to grasp information, especially technical is far advanced, and thus, he is gifted. I may have not known the technical form in the past but there is a spectrum that I have realized as I and him growing up. I recall when I was in college in Colorado during my sophomore year he visited me during the summer. What surprised my classmate's friends and I is that he was reading General Chemistry Differential Equation Part Two for Engineering Textbook and he will be reading it during his free time. One day at lunch at Denny's, he was asking my friends about the period table which he memorized of course. His questions were too much in quantity and complex and all of us were embarrassed because none of us recalled even though we had taken and passed the class a couple of months ago.

I also recall during his early childhood Tenzin loves nature, camping, looking at insects, fishing, and hiking, and when he is in nature he is at definite peace. I have always made fun of him growing up because to me he was like Indiana Jones, he needed to study everything! When we used to jog at the beach he used to take quick pit stops just to see if any jellyfish were laying around the shore, and he would be so focused that nothing would distract him and he was in fulfill joy.  His handling with animals, plants, rocks triggered him to proceed towards his spiritual path. His spiritual path was not just outdoors activities Tenzin also willingly volunteered community services at several temples. I barely go to the temple, and one day when I was there I asked Tenzin about the mantra translation of Buddhist scripture which is very complex, and yet I couldn't correlate and understand anything, even the terminology of "deity". What astonished me is that Tenzin explained to me from the basics to history and its philosophy.

I had rough days in my past and I remember my brother was the only person who understood me sincerely and sympathetically and also pushed me to be better. He never judged me and never fought with me, but he was always there when I needed someone. He is an old soul so his advice was always very practical and genuine. The weird thing to me is that he never complained about his distress so I was always the one to complain in my family.


Deep inside Tenzin is not a "criminal" or a gangster or shall I say he is not designed or raised that way. To cope with reality, he made unwise decisions/choices and I truly believe environmental influence and cultural differences played a huge role in the impact. I am not too sure why he ran away from his true nature or maybe it was just too much. He has a weakness and that is he is easily influenced/manipulated because he is a very nice guy and yet he is gifted in other fields but his weakness in the realization of circumstances is not in his ability. His weakness is not greed, but he needs to be best at anything he does and that is to seek perfectionism. The company I work for "Alstom", manufactures the United States' first High-Speed Train (Boston - Washington D.C) one of the first training tests/tasks for a Journey Electrical Technician after being hired is to follow the Lego instruction manual and build the toy in in given method time, and age requirement is only 10+ but you would be surprised how many of experienced skilled technicians fail. But I remember my brother was completing these sets at age 5 with no problem. Sometimes I share that when I used to perform "Crimping & Cabling" training classes for the new hires. But that simple test shows a lot about someone's ability.

Tenzin is young and in his early 20's everyone makes mistakes and I believe incarcerating him for a long period could hurt him and would not benefit either side. Deeply I know and I believe he has changed. When I share a few words with him sometimes he misses the small things in life especially. I know that he won't repeat his mistake based on the fact of his experiencing the circumstances. His being released soon is a benefit to everyone in our family and society, I know he wants to continue his education and finish his junior year at Saint Mary College. But I also know the fact that he is an awesome father, brother, son, uncle, friend, and member of the temple. When I come across Tibetan folks around my neighborhood in El Cerrito people always

ask for my bother, the sad part is that I cannot express the true condition he is in, once when I did it was very hard for him to believe that my brother is incarcerated. Your Honor I sincerely hope you consider my words into consideration and thank you for your time reading this letter.

Respectfully Yours,

Tserendorj George Onon
Alstom - Project Quality and Safety Manager.

December 29, 2024
Tselmen Daria, MD PhD
225 King Street Apt.426
San Francisco, CA 94107


To Judge Kathleen M. Williams


Your honor,

Please let this letter reflect on behalf of Tenzin Orgil; a beloved son, father, and individual. I am writing a plea to the court to take in consideration of mercy and understanding surrounding this case. He is my cousin's son, whom I have known since he was a toddler. From his early years and upbringing, Tenzin has always been the most exceptional and caring child. Many of his activities during his adolescence would revolve around: volunteering in his community, practicing his religious beliefs in Buddhism, and helping out at the temple.

All of these activities were routine for Tenzin, he has instilled a strong belief and heart into his community and the Buddhist religion. I believe that he still continues to carry these values in his soul as a human being. For a mind so intelligent with autistic characteristics, Tenzin excelled at anything placed in front of him. He was a bright student with an even brighter future. But his light was dampened by low minded individuals ready to take and use him to their advantage.

During the time I was living with Tenzin's family, there were multiple occasions during his childhood that flagged him as autistic. I remember vividly, his primary school teachers would mention his habits of anti-socialism, hyper fixation, and high intelligence. But being a family who had just arrived from Mongolia, the subject of autism was unheard of.

Now looking back, we truly believe that these symptoms could have affected Tenzin's choices and clouded his judgment. His symptoms affected his thought processes because he was pressured by outside factors. He was prayed on by criminals who saw this true ability to excel, we believe that Tenzin was confused and wanted to fit in. I can attest to his character that he is not one of these criminals, but another individual wrapped up in unfortunate circumstances.

We as a family strongly regret not taking these cues of autism into account. If it was possible to turn back the clock to help guide Tenzin with the needed resources; we would do it in a heartbeat. His condition makes him more susceptible to outside influences, and his gift was used in the wrong way. He would never pursue such dangerous / criminal behaviors unless pressured. Before his life took a turn, he was pursuing higher education towards a degree in Economics. Ready to lead a fulfilling life as a good citizen in our society.

I am opening the idea to help shed some light on who Tenzin really is. That the image of Tenzin portrayed now, is not a true reflection of him as a person. He is not a dangerous individual but just a human swayed into the wrong path. He is willing and capable of change, so please help to save him and our family from more pain.

Thank you so much for taking the time to read the reference.

Yours sincerely,
Dr. Tselmen Daria, MD

Judge Kathleen M Williams

Your Honor,

I have known Tenzin Dothon Orgil's parents for many years. We first made connections through work, where I have retired from as the curator of the Asian Art Museum of San Francisco. From there we remained in contact as close family friends. I can attest to say that they are a hardworking and law- abiding couple. This wonderful family has taken the time to come visit me on many occasions.  I have seen Tenzin grow from a young boy to a young man, and have always found him to be polite and obedient to his parents. He is a very helpful and kind human being. Their family has endured an immense amount of hardship this past year, but please know that Tenzin and his family are a strong positive part of our community here in the Bay Area.

Sincerely yours,

Terese Bartholomew
2154 Ninth Avenue
San Francisco, CA 94116

Dear Judge Williams,

I am a first cousin of Tenzin's and have known him since he was a baby when he first uttered the nickname he gave me when I was seven years old: Nana.

Our families had just emigrated to the United States, his mom being the older sister of mine. We lived in cramped apartments that were poor in material wealth but boisterous in the intimacy of family — his family in Albany and mine in Sacramento.

Since we were only a little over an hour away from each other for most of our childhoods I'd see him often, watching him blossom into a wildly curious little boy who loved trains, dinosaurs, and reptiles of all kinds and would always be eager to teach you a new fact about them. He would cry in piercing anguish every time we had to part ways as children. I still remember those moments with tenderness and ache. He was always deeply sensitive.

Watching him grow into a child of such wonder and enthusiasm for the natural world around him was a gift. He is the closest thing I've ever had to a little brother, since the rest of our extended family was back in Mongolia. Despite the winding paths our lives have separately unfolded on, I've always considered him the sibling I never had.

Both of us knew what it meant to be the children of immigrants who fought through blood, sweat, and tears to realize the American Dream. My own childhood of watching my mom struggle to make ends meet so I could have a future she could only dream of shaped me more than anything else I have experienced. It instilled in me a grit and determination to succeed in order to repay her efforts for her sacrifices that nothing could ever shake, a resolve that continues to this day and that defines me as a person. I know that the same has been true for him.

My own journey led me eventually to a full ride at Brown University and then to a career at Google and in Silicon Valley over the last decade. While our lives have unfolded differently, it has always seemed to me that the fire of our intense will to repay our parents for their sacrifices has been a shared source of motivation.

Tenzin is one of the sweetest, most caring young men I've had the pleasure to know. My bias, of course, is unavoidable — but I'm also convinced that it's precisely my relation to him that has granted me the privilege of witnessing his empathy and dedication to his family in a way that enriches my perspective.

A most recent example that comes to mind is the time he drove over an hour to come visit me in Los Angeles after I had had a nearly fatal brush with sepsis that landed me in the hospital in early 2021 when I had no other family around to visit me. He brought me food, tended diligently to my needs, and was unwavering in his thoughtfulness. He has a gentleness towards loved ones that I've seldom seen in young men of his age.

To know Tenzin is to know his relentless curiosity, his immense sensitivity to the world around him, and his steadfast devotion to his family.

Sincerely,

Dulma Altan